FILED
2022 Nov-22 PM 03:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

Civil Division

|  |  |
|---|---|
| Cassondra Faye Marshall<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br>-v-<br><br>Medical Properties Trust, Inc.<br>Christina McCreary<br>Rosa Hooper<br>Robert Michael O'Bannon<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. **2:22 cv 1474-AMM**

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Cassondra Faye Marshall |
| Street Address | 129 Wixford Way |
| City and County | Alabaster, Shelby |
| State and Zip Code | Alabama 35007 |
| Telephone Number | (205)901-7031 |
| E-mail Address | cassondra.marshall@gmail.com |

#### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Medical Properties Trust |
| Job or Title *(if known)* | |
| Street Address | 1000 Urban Center Drive, Suite 501 |
| City and County | Birmingham, Jefferson |
| State and Zip Code | Alabama 35242 |
| Telephone Number | 205-969-3755 |
| E-mail Address *(if known)* | ealdag@mpt.com |

Defendant No. 2

| | |
|---|---|
| Name | Christina McCreary |
| Job or Title *(if known)* | Director of Risk Management |
| Street Address | 1000 Urban Center Drive, Suite 501 |
| City and County | Birmingham, Jefferson |
| State and Zip Code | Alabama 35242 |
| Telephone Number | 205-969-3755 |
| E-mail Address *(if known)* | cmccreary@mpt.com |

Defendant No. 3

| | |
|---|---|
| Name | Rosa Hooper |
| Job or Title *(if known)* | Vice President of Asset Management and Underwriting |
| Street Address | 1000 Urban Center Drive, Suite 501 |
| City and County | Birmingham, Jefferson |
| State and Zip Code | Alabama 35242 |
| Telephone Number | 205-969-3755 |
| E-mail Address *(if known)* | rhooper@mpt.com |

Defendant No. 4

| | |
|---|---|
| Name | Robert Michael O'bannon |
| Job or Title *(if known)* | Psychologist, Advisor to CEO |
| Street Address | 1000 Urban Center Drive, Suite 501 |
| City and County | Birmingham, Jefferson |
| State and Zip Code | Alabama 35242 |
| Telephone Number | 205-969-3755 |
| E-mail Address *(if known)* | mobannon@mpt.com |

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question              ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

This is a discrimination suit authorized and instituted pursuant to the Civil Rights Act of 1866, 42 U.S.C. § 1981 ("Section 1981")

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.   If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

      b.    If the defendant is a corporation

              The defendant, *(name)*                             , is incorporated under

              the laws of the State of *(name)*                          , and has its

              principal place of business in the State of *(name)*                       .

              Or is incorporated under the laws of *(foreign nation)*                        ,

              and has its principal place of business in *(name)*                          .

              *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

      3.      The Amount in Controversy

              The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. Race Discrimination: I was employed by defendant Medical Properties Trust from 4/30/2018 until 5/27/2022, during which time I was denied training and development, opportunities for advancement, promotion, and a request to transfer within the company. Defendant Christina McCreary was my direct supervisor and only sought to promote and advance her white employees. Additionally, McCreary made racially motivated remarks including calling my then two year old daughter a puppy in a group text in 2020. Her direct supervisor, defendant Rosa Hooper was the head of the department and worked with McCreary to advance white employees. Psychologist Robert Michael O'Bannon was supposed to create development plans for all employees, but only did so for white employees and repeatedly told me that I could not be promoted. O'bannon only met with me subsequent to my race discrimination complaint. He did not initiate any type of development plan for me in the four years that I was employed. During my four years at Medical Properties Trust, approximately 53 promotions were announced by CEO Ed Aldag and other company leaders. However, contrary to the company's employment handbook, none of the vacancies filled by these promotions were posted. As a black employee, I was not permitted to compete for vacant positions. Medical Properties Trust has argued that there was no "direct path" from my position to another role in the department or the company. However, many white employees have been promoted without a "direct path", with some roles being created just so that white employees could be promoted even when there was not a specific need for the role(s).

2. Retaliation: In August 2021, I made a complaint to Human Resources and explained that I felt that defendant McCreary had been discriminating against me because I am African-American. I explained that white employees were always being promoted and allowed to pursue training, attend hospital site visits and grow with the company. I shared with her the group text message in which McCreary called my toddler a puppy. Following that complaint, Defendants McCreary, Hooper, and O'bannon met with me several times and informed me that I could not be promoted and would remain in my entry position indefinitely, but that I could take on more responsibility without corresponding pay and promotion if I so chose. Following my complaint to Human Resources, Defendant McCreary made several negative and false statements about my performance which were never investigated. Defendants McCreary and Hooper also started to give me tight deadlines and force me to take on the work of other departments in an attempt to make me miss deadlines. They followed this up with negative remarks in my 2021 performance evaluation. Hooper, an officer in the company became more involved in managing my daily work than any other senior leader in managing an employee on my level. Hooper scrutinized my work. Defendants Hooper and McCreary intentionally created a hostile environment. Despite meeting the tight deadlines they would set and making great contributions in 2021, my performance evaluation was negative and I was told that I could not advance within the company or transfer to a different department.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          11/22/2022

Signature of Plaintiff

Printed Name of Plaintiff        Cassondra Faye Marshall

### B.     For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address