FILED
2023 Feb-22  AM 08:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **CASSONDRA FAYE MARSHALL,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **CASE NO.: 2:22cv1474 AMM**<br>)<br>) |
| **MEDICAL PROPERTIES TRUST;**<br>**CHRISTINA McCREARY;**<br>**ROSA HOOPER; and ROBERT**<br>**MICHAEL O'BANNON,** | )<br>)<br>)<br>)<br>) |
| **Defendants.** | ) |

## ORDER TO SHOW CAUSE

It having come to the court's attention that more than 90 days have elapsed since the filing of this action, and no return of service of process has been filed reflecting service on the defendants, it is **ORDERED** that the plaintiff show good cause by Friday, March 10, 2023 why this action should not be dismissed pursuant to Fed. R.Civ.P. 4(m).

**DONE** and **ORDERED** this 22nd day of February, 2023.



_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE